## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DISTRICT

| | | |
|---|---|---|
| TURAN BEAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-cv-04586 |
| | ) | |
| SMGM, LLC, | ) | Judge John J. Tharp, Jr. |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS

The Plaintiff TURAN BEAMON and the Defendant SMGM, LLC stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss this matter with prejudice. In support of this stipulation, the parties state that they have reached a settlement of this case that resolves all issues between them.

WHEREFORE, the parties request that this Court approve this stipulation and enter an order dismissing this matter with prejudice and for each side to bear his or its own fees and costs of this matter and for this Court to retain jurisdiction for sixty days, if necessary, to enforce the terms of the parties' settlement.

Respectfully submitted,

/s/Joel F. Handler
JOEL F. HANDLER (#1115812)
One E. Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 832-0008
jhandler@handlerlawgroup.com
Attorney for the Plaintiff,
TURAN BEAMON

/s/Andrew D. Shapiro
ANDREW D. SHAPIRO (#6273040)
Sarah K. Squillante
Porter, Wright, Morris & Arthur, LLP
321 N. Clark Street, Suite 400
Chicago, Illinois 60654
(312) 756-8500
ashapiro@porterwright.com
ssquillante@porterwright.com
AttorneySthe for Defendant,
SMGM, LLC